UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 04-cv-1128-AP

Tammy Stapleton,

        Plaintiff,

v.

Michael Astrue,
Commissioner of Social Security,

        Defendant.

## ORDER

THIS MATTER is before the Court on Plaintiff's Unopposed Motion for an Award of Attorney's Fee under 42 U.S.C. § 406(b) filed July 27, 2009, Docket Number 27. Plaintiff's counsel requests that the Court award $13,786.10 (net of $11,540.18 after the EAJA fee refund) as a reasonable attorney fee. It is hereby

ORDERED that Plaintiff's Motion is GRANTED. In accordance herewith, it is

ORDERED that attorney fees are awarded in the amount of $13,786.10.

Dated: July 28, 2009

                                          BY THE COURT:

                                          *s/John L. Kane*
                                          JOHN L. KANE, SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT